## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**AARON K. MARSH,**

      **Plaintiff,**

**vs.**                                  **CASE NO. 4:07cv492-RH/AK**

**STATE OF FLORIDA, et al.,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed a lawsuit asserting a cause of action alleging the same set of facts and claims that the Court had previously dismissed as barred by the statute of limitations.  (See Case Nos. 4:05CV12-MP/AK, Doc. 16).  Another case alleging the same set of facts that was filed while 4:05CV12 was still pending was dismissed as frivolous.  (See 1:06CV147-MP/AK, Doc. 5).  Plaintiff has filed the present cause not on the proper forms, he did not include a motion for leave to proceed in forma pauperis, nor did he pay the filing fee.

The Court is required to dismiss a complaint at any time if it is determined to be frivolous.  28 U.S.C. §1915(e)(2)(B)(I).  Typically, a court should serve the complaint and have benefit of the defendant's response before making such a determination, but there are compelling reasons for immediately dismissing frivolous suits by prisoners since they unduly burden the courts, obscure meritorious claims, and require innocent

parties to expend significant resources in their defense. Williams v. Secretary for the Department of Corrections, 131 Fed. Appx. 682, 686 (11th Cir. 2005).  Dismissal prior to service is also appropriate when the Court determines from the face of the complaint that the factual allegations are clearly baseless or that the legal theories are indisputably meritless.  Williams, supra; Carroll v. Gross, 984 F.2d 392, 393 (11th Cir. 1993).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous, and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  This dismissal constitutes the "third strike" under 28 U.S.C. §1915(g).

**IN CHAMBERS** at Gainesville, Florida, this _27th_ day of November, 2007.


_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**